CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 0 2 2016

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| WALTER DELANEY BOOKER, JR., | ) | Civil Action No. 7:16-cv-00084 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| M.E. ENGELKE, <u>et al.</u>, | ) | By:  Hon. Jackson L. Kiser |
|     Defendants. | ) |       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motion for a preliminary injunction is **DENIED**.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 2nd day of March, 2016.

                                              Senior United States District Judge