CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 22 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WALTER DELANEY BOOKER,<br>Plaintiff, | ) ) ) ) | Civil Action No. 7:16-cv-00084 |
| v. | ) ) ) | **ORDER** |
| M.E. ENGELKE, et al.,<br>Defendants. | ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

any claim pursuant to 42 U.S.C. § 1983 against defendant "Unknown Chow Hall Officers" is dismissed without prejudice; Defendants' motion for summary judgment is **GRANTED in part** and **DENIED in part**; the motion for discovery is **GRANTED in part** inasmuch as Defendants shall confer with Plaintiff in some manner about the request within twenty-one days, and it is **DENIED in part** in other respects; Defendants shall **FILE**, within ninety days, another motion for summary judgment supported by affidavit(s) pursuant to Standing Order 2013-6.

ENTER: This 22nd day of March, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge